

# Fourth Court of Appeals
## San Antonio, Texas

July 8, 2016

No. 04-16-00342-CV

Alma **GOMEZ** and Alberto F. Gomez, Individually and as Next Friend of Jorge Elias Gomez, a Deceased Minor, and on Behalf of the Estate of Jorge Elias Gomez, Deceased; and Yolanda Medellin, Individually and as Next Friend of Jesus Medellin,
Appellants

v.

**AMERICAN HONDA MOTOR CO., INC.**,
Appellee

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 11-02-26254-MCV
Honorable Amado J. Abascal, III, Judge Presiding

# O R D E R

The clerk's record was due on June 20, 2016. On June 30, 2016, the Maverick County District Clerk requested additional time to file the clerk's record until July 15, 2016.

The request is GRANTED. The clerk's record is due on July 15, 2016.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of July, 2016.

_____
Keith E. Hottle
Clerk of Court